**No. 46325.**—Protest 971986–G of Quon & Quon Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise in question is similar to certain of the articles the subject of Abstract 45722 it was held dutiable as table or household utensils at 40 percent under paragraph 339 as claimed. ·

**No. 46326.**—Protest 975669–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the vulcanizers in question are similar to those the subject of *Mitsui* v. *United States* (T. D. 49609). The claim at 35 percent under paragraph 359 was therefore sustained.

**No. 46327.**—Protest 990342–G of New York Mdse. Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the soap boxes in question are similar to those passed upon in Abstract 41499. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 46328.**—Protests 909153–G, etc., of Oregon Fibre Flax Growers Assn. et al. (Portland, Oreg.).

Opinion by DALLINGER, J. The papers disclosing no reason for disturbing the collector's action the protests were overruled and the decision of the collector affirmed in each instance.

BEFORE THE THIRD DIVISION, SEPTEMBER 15, 1941

**No. 46329.**—Protests 773051–G, etc., of Ampol, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 11, 1941

**No. 46330.**—────────────—Protest 45076–K of Draeger Shipping Co. Abstract 46087. Plaintiff's application for rehearing granted.

**No. 46331.**—────────────—Protest 787954–G of H. Grabenheimer & Sons, Inc. Abstract 46185. Plaintiff's application for rehearing denied.